UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL VELA, | Case No.  1:26-cv-02817-FJS |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| JERRY DYER, et al., | (ECF No. 2) |
| Defendants. | TWENTY-ONE DAY DEADLINE |

On April 14, 2026, Plaintiff Isabel Vela ("Plaintiff"), filed this action asserting claims against Jerry Dyer (Mayor of the City of Fresno), Annalisa Perea (Fresno City Council Member), Mike Karbassi (Fresno City Council Member), Miguel Arias (Fresno City Council Member), Tyler Maxwell (Fresno City Council Member), Brandon Vang (Fresno City Council Member), Nick Richardson (Fresno City Capacity), Nelson Esparanza (Fresno City Council President), and Does 1 through 25.[1]  (ECF No. 1.)  Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  Yet, Plaintiff's application is insufficient for the Court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff, who is a currently employed as a pastor, reports that she is paid $200.00 "as a

---

[1] All defendants are being sued in both their official and individual capacity.

stipend through love offerings," in lieu of providing a specific sum per pay period, e.g. weekly or biweekly, as required by the Application to Proceed in District Court Without Fees or Costs (Short Form) – AO 240 ("AO 240").  Additionally, Plaintiff leaves several sections on the application blank.  Having considered the application, the Court requires additional information to determine if Plaintiff is entitled to proceed *in forma pauperis* in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  Plaintiff is instructed not to leave fields empty, but rather to write "yes," "no," or "N/A" as appropriate in any fields that she intends to leave blank.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2 Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated:   **April 17, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2