UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL VELA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>        Defendants. | Case No.  1:26-cv-02817-FJS<br><br>ORDER DIRECTING PLAINTIFF TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER<br><br>(ECF No. 4)<br><br><u>TEN (10) DAY DEADLINE</u> |

On April 14, 2026, Plaintiff Pastor Isabel Vela proceeding pro se filed this action seeking damages, declaratory relief, and injunctive relief for alleged civil rights violations. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

Plaintiff provided insufficient information for the court to determine whether Plaintiff was entitled to proceed without payment of fees in this action. On April 17, 2026, the court ordered that Plaintiff file an application to proceed in district court without prepaying fees or costs (long form) – AO 239. (ECF No. 3.) The court instructed Plaintiff not to leave any fields empty in her long form and "to write 'yes,' 'no,' or 'N/A' as appropriate in any fields she intends to leave blank." (ECF No. 3 at 2.) Plaintiff was warned that if she "is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full." (ECF No. 3 at 2.) The court

also warned Plaintiff that "[i]f Plaintiff fails to comply with this order, then this action will be dismissed." (ECF No. 3 at 2).

On April 30, 2026, Plaintiff filed her long form to proceed *in forma pauperis*. (ECF No. 4.) Plaintiff's form was left almost entirely blank. She did not write "yes," "no," or "N/A" as appropriate in many fields but left them blank.

Thus, Plaintiff has failed to either file a completed AO 239 form or pay the $405.00 filing fee and the time to do so has now passed.

Accordingly, IT IS HEREBY ORDERED that Plaintiff show cause in writing within ten (10) days of the date of service of this order why sanctions should not be imposed for her failure to comply with the court's orders. Alternatively, Plaintiff may comply with this order by filing by that same deadline either a completed and signed AO 239 application to proceed *in forma pauperis* (attached hereto) pursuant to 28 U.S.C. § 1915 or pay the $405.00 filing fee. Plaintiff is instructed "to write "yes," "no," or "N/A" as appropriate in any fields she intends to leave blank.

Further, the clerk of the court is DIRECTED to attach an AO 239 application form to this order.

Any failure by Plaintiff to timely comply with this order will result in the recommendation that this action be dismissed, without prejudice, for Plaintiff's failure to obey a court order and for failure to prosecute.

IT IS SO ORDERED.

Dated:   **May 12, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2